UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-301(3) PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN FREDRIC SORENSEN,<br>Defendant. | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $29,970.00 in restitution and a special assessment of $100.00, in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Anoka, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Anoka County, as Document No. 1669874, in the amount of $29,970.00 plus penalties.

Dated: June 22, 2007

RACHEL K. PAULOSE
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600